| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| EPPSTEINER & FIORICA<br>12555 HIGH BLUFF DR., SUITE 155<br>SAN DIEGO, CA 92130 | (858) 350-1500 | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>926.001 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT

SANTA ANA, CA

PLAINTIFF:

NEMETH

DEFENDANT:

ELECTROLUX HOME PRODUCTS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>SACV11-00864JVS(RNBX) |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SUMMONS AND COMPLAINT; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA**

ON: ELECTROLUX HOME PRODUCTS, INC.

BY SERVING: TERENCE HARDLEY - PERSON AUTHORIZED TO ACCEPT

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1201 PEACHTREE ST. NE
ATLANTA, CA 30361

ON: June 15, 2011
AT: 02:43 pm

Witness Fees Tendered: .00

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **180.25**
County:
Registration No.:
**Advanced Attorney Services, Inc.
3500 Fifth Ave.
San Diego, CA 92103
(619) 299-2012**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 17, 2011**.

Signature: _See Attached_

OUT OF STATE PROCESS SERVER

**PROOF OF SERVICE**

Order#: S70686P1/USDC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY NEMETH,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INCORPORATED,<br><br>Defendant. | CASE NO. SACV 11-00864 JVS (RNBx) |

### AFFIDAVIT OF SERVICE

COMES NOW AMY FERRERO, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that she has been permanently appointed by this Court for service of process per Order attached, she is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that on June 15, 2011 at 2:43 PM, she served ELECTROLUX HOME PRODUCTS, INCORPORATED, by personally serving TERENCE HARDLEY, Process Specialist, CT Corporation System, Registered Agent, at his business located at 1201 Peachtree Street, Atlanta, Georgia 30361, with SUMMONS, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES and INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of JUNE, 2011

Legal Ease Attorney Services, Inc.
645 Waldo Street
Atlanta, GA 30312
404-849-1240

Sworn to and subscribed before me this 17th day of June

Notary Public

My commission expires: