| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| EPPSTEINER & FIORICA<br>12555 HIGH BLUFF DR., SUITE 155<br>SAN DIEGO, CA 92130 | (858) 350-1500 | |
| ATTORNEY FOR (Name): **PLAINTIFF** | Ref. No. or File No.<br>926.001 | |

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**

**SANTA ANA, CA**

PLAINTIFF:
**NEMETH**

DEFENDANT:
**ELECTROLUX HOME PRODUCTS**

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>SACV11-00864JVS(RNBX) |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS AND COMPLAINT; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA

ON: ELECTROLUX HOME PRODUCTS, INC.

BY SERVING: RATASHA TILLERY SMITH - PERSON AUTHORIZED TO ACCEPT

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

150 FAYETTEVILLE STREET, BOX 1011
RALIEGH, NC 27601

ON: June 15, 2011
AT: 09:13 am

Witness Fees Tendered: .00

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 180.25
County:
Registration No.:
Advanced Attorney Services, Inc.
3500 Fifth Ave.
San Diego, CA 92103
(619) 299-2012

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 16, 2011**.

Signature: _See Attached_
**OUT OF STATE PROCESS SERVER**

**PROOF OF SERVICE**

Order#: S70687P1/USDC

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT ) | IN THE CENTRAL DISTRICT OF CALIFORNIA |
| ) | |
| PATTY NEMETH, ) | CASE NO.: SAV 11-864-JVS(RNBx) |
| Plaintiff(s), ) | |
| vs. ) | |
| ELECTROLUX HOME PRODUCTS, INC, ) | Affidavit of SERVICE |
| Defendant(s). ) | |

State of North Carolina )
) SS
County of Johnston )

**Jennifer McKenzie,** undersigned, being duly sworn, deposes and says that at the time of service, he/she was over the age of twenty-one, was not a party to this action:
On the __15__ day of __June__, __2011__, at __9:13 AM__, at **150 Fayetteville St, 8th Fl., Raleigh, NC 27601,** undersigned served the documents described as: **SUMMONS, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, NOTICE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT TO US MAGISTRATE AND INTIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED**

A true and correct copy of the aforesaid document(s) was served on: **Electrolux Home Products, Inc. c/o Registered Agent CT Corporation System,**

By delivering them into the hands of **RaTasha Tillery-Smith** a person of suitable age and discretion at the place of service, whose position to the company to be served is **Corporate Operations Specialist**.

The person receiving the documents is described as follows:

| SEX: | FEMALE | SKIN COLOR: | BLACK | AGE: | 34 | WEIGHT: | 175 |
|---|---|---|---|---|---|---|---|
| HAIR | BLACK | FACIAL HAIR: | NO | GLASSES? | YES | HEIGHT: | 5'6" |

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

Sworn to and Subscribed before me this __16__ day of __June__, __2011__.

_Notary Public_

My Commission expires __10-22__, 20__11__

Undersigned declares under penalty of perjury that the foregoing is true and correct.

(Process Server Signature)