1  C. Brandon Wisoff (State Bar No. 121930)
      bwisoff@fbm.com
2  Paul A. Alsdorf (State Bar No. 241168)
   *(Admission in C.D. Cal. Pending)*
3      palsdorf@fbm.com
   Amber C. Chrystal (State Bar No. 260470)
4  *(Admission in C.D. Cal. Pending)*
      achrystal@fbm.com
5  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, CA  94104
   Telephone:  (415) 954-4400
7  Facsimile:  (415) 954-4480

8  Attorneys for Defendant
   ELECTROLUX HOME PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PATTY NEMETH,<br><br>              Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INCORPORATED,<br><br>              Defendants, | Case No.  SACV 11-0864 JVS (RNBx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:        June 15, 2011<br>Current Response Date:  July 6, 2011<br>New Response Date:      August 5, 2011 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. SACV 11-0864-JVS(RNBx)

26959\2662406.1

1   Pursuant to Local Rule 8-3, Plaintiff Patty Nemeth ("Plaintiff"") and
2   Defendant Electrolux Home Products, Inc. ("Electrolux") hereby stipulate and
3   move as follows:
4   WHEREAS, Plaintiff filed this action on June 9, 2011 and served Electrolux
5   with the initial Complaint in this matter on June 15, 2011, making Electrolux's
6   deadline to answer or otherwise respond July 6, 2011; and
7   WHEREAS, Electrolux selected defense counsel on June 27, 2011, leaving
8   only nine days to check and clear any potential conflicts of interest, investigate
9   Plaintiff's factual allegations, research Plaintiff's legal theories, decide whether to
10  bring any motions under Rule 12, meet and confer with Plaintiff's counsel as
11  required by Local Rule 7-3 and Section J of the Court's Initial Order (Dkt. No. 3),
12  and prepare and file any such motions, or an answer, and defense counsel represents
13  that additional time is required to complete the foregoing;
14  THEREFORE, the Parties hereby stipulate and request that the deadline for
15  Electrolux to respond to the initial complaint be extended by 30 days to August 5,
16  2011.
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. SACV 11-0864-JVS(RNBx)

- 2 -

26959\2662406.1

1     SO STIPULATED.

2   Dated: July 1, 2011     FARELLA BRAUN + MARTEL LLP

3

4                                           By: /s/ C. Brandon Wisoff

5                                                 C. Brandon Wisoff

6                                         Attorneys for Defendant

7                                         ELECTROLUX HOME PRODUCTS, INC.

8   Dated: July 1, 2011     EPPSTEINER & FIORICA ATTORNEYS, LLP

9

10                                        By: /s/ Stuart M. Eppsteiner

11                                            Stuart M. Eppsteiner

12                                        Attorneys for Plaintiff PATTY NEMETH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. SACV 11-0864-JVS(RNBx)

- 3 -

26959\2662406.1